**CITY OF FARGO, Plaintiff and Appellant,**

v.

**Norman E. MARK, Defendant and Appellee.**

**CITY OF FARGO, Plaintiff and Appellant,**

v.

**Michael D. OLSON, Defendant and Appellee.**

**CITY OF FARGO, Plaintiff and Appellant,**

v.

**Larry MAUL, Defendant and Appellee.**

**CITY OF FARGO, Plaintiff and Appellant,**

v.

**Monte WALZ, Defendant and Appellee.**

Cr. Nos. 940004–940007.

Supreme Court of North Dakota.

Oct. 3, 1994.

Thomas J. Gaughan, City Pros., Fargo, for plaintiff and appellant.

William D. Yuill, William D. Yuill Law Offices, Fargo, for defendants and appellees Norman E. Mark and Michael D. Olson.

Peter E. Karlsson, Moorhead, MN, for defendant and appellee Larry Maul.

Robin L. Olson, Evans & Olson, Grand Forks, argued for Nelson Law Office, Fargo, for defendant and appellee Monte Walz.

VANDE WALLE, Chief Justice.

The City of Fargo appealed from a Cass County court order dismissing charges of Driving Under the Influence. We affirm in all four cases.

Norman E. Mark, Michael D. Olson, Larry Maul, and Monte Walz were all arrested between October 21 and December 9, 1992. Defendants were detained from seven to twelve hours because of a "Release from Custody" order of the Fargo Municipal Court.

*City of Fargo v. Berntson*, 505 N.W.2d 747 (N.D.1993), held that dismissal of the charges without a showing of prejudice was appropriate under the rationale of *Madison v. North Dakota Dept. of Transp.*, 503 N.W.2d 243 (N.D.1993). Here the city contends the *Berntson* holding is not applicable because the arrests were made prior to the final decision of Judge Norman Backes on December 10, 1992. However, these detentions occurred well after September 15, 1992, the date on which Judge Backes became the second district court judge to release a prisoner in a habeas corpus proceeding because of the detention policy under which these appellees were held. The *Madison* rationale is applicable. Thus, we follow our decision in *City of Fargo v. Berntson*, 505 N.W.2d 747 (N.D.1993).

Affirmed.

SANDSTROM, NEUMANN, LEVINE and MESCHKE, JJ., concur.